**FILED**
CLERK, U.S. DISTRICT COURT

AUG  24  2018

**CENTRAL DISTRICT OF CALIFORNIA**
BY: __vdr_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$819,649.00 IN U.S. CURRENCY,<br><br>Defendant.<br>_____<br><br>MIGUEL SILLAS<br><br><br><br>Claimant. | NO. CV 17-00269-FMO (AFMx)<br><br>[PROPOSED]<br>CONSENT JUDGMENT<br>OF FORFEITURE |

Plaintiff United States of America, and Claimant Miguel Sillas ("Sillas"), have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation and request of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over Plaintiff, the Defendant, Claimant and the subject matter of this action.

2. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this

Court. All potential claimants to the defendant $819,649.00 in U.S. Currency ("defendant currency") other than Sillas are deemed to have admitted the allegations of the Complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, nor should this consent judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the defendant funds. The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3.    $219,640.00 of the defendant currency, without interest, shall be returned to Sillas through his counsel. The United States Marshals Service shall release said funds by wire transfer to Sillas' counsel, who shall provide the information and complete all documents requested by the United States to facilitate such payment, including bank account and routing information and personal identifiers needed to determine any right to offset pursuant to 31 U.S.C. § 3716.

4.    The United States Marshals Service shall make the payment within 60 days of the entry of this judgment or its receipt of the information described above, whichever is later, and will endeavor to make the payment within 30 days of the entry of this judgment or its receipt of the information above, whichever is later.

5.    The government shall have judgment as to the remaining $600,000.00 of the defendant currency, and no other person or entity shall have any right, title or interest therein. The government shall dispose of said asset in accordance with law.

6.    The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

/ / /

1    7.    Each of the parties shall bear its own fees and costs in connection with

2    the seizure of the defendant currency and this action.

3        IT IS SO ORDERED.

4    Dated: August 24, 2018                    /s/

5                                      THE HONORABLE FERNANDO G. OLGUIN
                                       UNITED STATES DISTRICT JUDGE
6

7    Approved as to form and content:

8    DATED: August  22 , 2018          NICOLA T. HANNA
9                                      United States Attorney
                                       LAWRENCE S. MIDDLETON
10                                     Assistant United States Attorney
                                       Chief, Criminal Division
11                                     STEVEN R. WELK
                                       Assistant United States Attorney
12                                     Chief, Asset Forfeiture Section
13

14
                                           /s/ Michael R. Sew Hoy
15                                     MICHAEL R. SEW HOY
                                       Assistant United States Attorney
16

17                                     Attorneys for Plaintiff
                                       United States of America
18

19   Dated: August  22 , 2018
20                                     JAMES W. SPERTUS
                                       Attorney for Claimant
21                                     Miguel Sillas

22

23

24

25

26

27

28